## Wilhelm *v.* Lawson.

[No. 7,962. Filed November 20, 1912.]

1. Appeal.—*Record.—Review.—Affirmance.*—Where the record and briefs on appeal disclose no error, the judgment will be affirmed.

From Porter Circuit Court; *Wm. H. Dowdell,* Special Judge.

Action by John Lawson against Adolph Wilhelm. From a judgment for plaintiff, the defendant appeals. *Affirmed.*

*Nelson J. Bozarth* and *Wm. W. Bozarth,* for appellant.
*Edward O. Mains* and *Curliss E. Mains,* for appellee.

Lairy, J.—The record and briefs in this case disclose no error, and the judgment is therefore affirmed.

Judgment affirmed.

Note.—Reported in 99 N. E. 799. See, also, 3 Cyc. 418.